October 26, 2004

No. 04A321.  Blankenship et al. v. Blackwell, Secretary of State of Ohio, et al.  C. A. 6th Cir.  Application for injunc-

tion pending appeal, presented to JUSTICE STEVENS, and by him referred to the Court, denied.